# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137400(81)(83)(84)(86)(88)(90)
137407(79)

INSURANCE INSTITUTE OF MICHIGAN,
HASTINGS MUTUAL INSURANCE
COMPANY, FARM BUREAU GENERAL
INSURANCE COMPANY, FRANKENMUTH
CASUALTY INSURANCE, WALTER
STAFFORD, JR., and MICHAEL FLOHR,
             Plaintiffs-Appellees,

and

MICHIGAN INSURANCE COALITION and
CITIZENS INSURANCE COMPANY OF
AMERICA,
             Intervening Plaintiffs-Appellees,

v

COMMISSIONER, FINANCIAL & INSURANCE
SERVICES, DEPARTMENT OF LABOR &
ECONOMIC GROWTH,
             Defendant-Appellant.

_____

SC: 137400, 137407
COA: 262385
Barry CC: 05-000156-CZ

On order of the Chief Justice, motions by the Michigan Association of Realtors, the Property Casualty Insurers Association of America and National Association of Mutual Insurance Companies, the Consumer Data Industry Association, the Michigan Chamber of Commerce, the Michigan Association of Home Builders, and the Insurance and Indemnity Law Section of the State Bar of Michigan for leave to file briefs *amicus curiae* are considered and they are GRANTED. The motion for temporary admission to practice of Eric J. Ellman is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2009

_____
Clerk